**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1066**
_____

JULIE A. GASKINS,

                Plaintiff - Appellant,

        v.

OMOTAYO ABIODUN, Principal, Garrett Heights Elementary
Middle School; BALTIMORE CITY PUBLIC SCHOOLS; BALTIMORE CITY
SCHOOLS BOARD OF SCHOOL COMMISSIONERS; MAYOR & CITY COUNCIL
OF BALTIMORE,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    James K. Bredar, District Judge.
(1:15-cv-02961-JKB)

_____

Submitted:  May 18, 2016                Decided:  May 20, 2016

_____

Before SHEDD, DIAZ, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Julie A. Gaskins, Appellant Pro Se.  Tamal Ajani Banton, Darnell
Lamar Henderson, BALTIMORE CITY PUBLIC SCHOOLS, Baltimore,
Maryland; Robert D. Anbinder, BALTIMORE CITY LAW DEPARTMENT,
Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julie A. Gaskins appeals the district court's order denying relief in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gaskins v. Abiodun, No. 1:15-cv-02961-JKB (D. Md. Jan. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED